

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00140-CV

AZZAM HUSSAMI                                                                 APPELLANT

V.

CLEAR SKY MRI AND                                                             APPELLEE
DIAGNOSTIC CENTER AT
DENTON, INC.

----------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY
TRIAL COURT NO. CV-2012-03242

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Set Aside Trial Court Judgment And Remand The Case Back To The Trial Court For Rendition In Accordance With Settlement Agreement." It is the court's opinion that the motion should be granted; therefore, we withdraw our judgment dated June 25, 2015,

---

[1]*See* Tex. R. App. P. 47.4.

set aside the trial court's judgment without regard to the merits, and remand this case to the trial court to render judgment in accordance with the parties' agreement.[2]  Costs of the appeal shall be paid by the appellant, for which let execution issue.[3]

/s/ Lee Ann Dauphinot
LEE ANN DAUPHINOT
JUSTICE

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  August 10, 2015

---

[2]*See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995).

[3]*See* Tex. R. App. P. 42.1(d).